UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DANIEL AZARI, PAUL T. JONES D/B/A STAR      :
INSTRUMENTS and RC OPTICAL SYSTEMS,         :
INC.,                                       :
                            Plaintiffs,     :
                                            :
            -v-                             :
                                            :     06 Civ. 7825 (DLC)
B&H PHOTO VIDEO, ADORAMA CAMERA, INC.,      :
MEADE INSTRUMENTS CORP., 20/20              :     ORDER
TELESCOPES AND BINOCULARS, L.L.C.,          :
ANACORTES TELESCOPE AND WILD BIRD,          :
INCORPORATED, ASTRONOMICS/                  :
CHRISTOPHERS, LTD., DURANGO SKIES,          :
L.L.C., OPT CORP., SKIES UNLIMITED,         :
L.L.C., THRALOW, INC., HANDS ON OPTICS,     :
INC., WOLFE'S CAMERA SHOPS, INC.,           :
MICHAEL HARLESS, OPTICSPLANET, INC.,        :
SCOPE CITY, INC., 1-50 JOHN DOE, 1-50       :
JANE DOE,                                   :
                            Defendants.     :
----------------------------------------X

DENISE COTE, District Judge:

A January 3, 2007 Opinion and Order transferred the above-captioned action to the Central District of California. It is hereby

ORDERED that pursuant to a January 11, 2007 request from the defendants, the case is transferred to the Central District of California, Southern Division.

SO ORDERED:

Dated:   New York, New York
         January 16, 2007

                                    _____
                                              DENISE COTE
                                    United States District Judge